**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IEHAB HAWATMEH, individually; YASMEEN HAWATMEH, individually; LAYTH HAWATMEH, individually and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, deceased,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada; CITY OF HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as a policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; LIEUTENANT THOMAS CHIELLO, individually and in his official capacity; SERGEANT JAIME SMITH fka SERGEANT JAIME CLEAR, individually and in her official capacity; SERGEANT SETH VAN BEVEREN, individually and in his official capacity; OFFICER BRETT ANDERSON, individually and in his official capacity; OFFICER JESSE HEHN, individually and in his official capacity; OFFICER JESSE LUJAN, individually and in his official capacity; OFFICER JAMES PENDLETON, individually and in his official capacity; OFFICER LUIS AMEZCUA, individually and in his official capacity; OFFICER PHILIP DUFFY, individually and in his official capacity; OFFICER SETH PRICE, individually and in his official capacity; DOE CITY OF HENDERSON POLICE DEPARTMENT SUPERVISORS I through X, inclusive; and ROE CITY OF | Case Number:<br>2:22-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT (ECF NO. 1)** |

MAC:01434-015 4891792_1 11/14/2022 9:39 AM

HENDERSON POLICE DEPARTMENT OFFICERS XI THROUGH XX, inclusive,

Defendants.

IT IS HEREBY STIPULATED by and between Defendants City of Henderson, City of Henderson Police Department, Thedrick Andres, Lt. Tom Chiello, Sgt. Jaime Smith (fka Clear), Sgt. Seth Van Beveren, Ofc. Brett Anderson, Ofc. Jesse Hehn, Ofc. Jesse Lujan, Ofc. James Pendleton, Ofc. Luis Amezcua, Ofc. Philip Duffy, and Ofc. Seth Price ("Defendants"), by and through their attorneys of record, Marquis Aurbach and Plaintiffs Iehab Hawatmeh, Yasmeen Hawatmeh, Layth Hawatmeh and Iehab Hawatmeh, as Administrator of the Estate of Joseph Hawatmeh, deceased ("Plaintiffs"), by and through their attorneys of record, Roger P. Croteau & Associates, Ltd., that the deadline for the Defendants to answer Plaintiffs' Complaint (ECF No. 1) be extended until December 15, 2022.

Good cause exists for this extension. There are thirteen-named Defendants. The Defendants were served on or around November 1, 2022 making their responsive pleadings due on November 21, 2022. The majority of the named defendants are current or former City of Henderson police officers. Defense counsel will be unable to meet and confer with many of the Defendants until after the Thanksgiving Holiday due to various scheduling conflicts. Further, Defense Counsel is still reviewing and evaluating the 53-page Complaint to determine what specific action is required. As a result of these issues, the Defendants requested, and Plaintiffs' counsel agreed to, a four-week extension.

IT IS SO STIPULATED this 14th day of November, 2022

| MARQUIS AURBACH | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: *s/Roger P. Croteau*<br>Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>2810 W. Charleston Blvd., #67<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiffs |

MAC:01434-015 4891792_1 11/14/2022 9:39 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

**ORDER**

IT IS SO ORDERED this 14th day of November, 2022, the deadline for the Defendants to answer Plaintiffs' Complaint (ECF No. 1) be extended until December 15, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816