ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IEHAB HAWATMEH, individually; YASMEEN HAWATMEH, individually; LAYTH HAWATMEH, individually; and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, et al.,<br><br>Defendants. | Case No.   2:22-cv-01786-APG-DJA |

**STIPULATION TO EXTEND
TIME TO RESPOND TO MOTION TO DISMISS**
(First Request)

COMES NOW, Plaintiffs, IEHAB HAWATMEH; YASMEEN HAWATMEH; LAYTH HAWATMEH; and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, and Defendants, CITY OF HENDERSON; CITY OF HENDERSON POLICE DEPARTMENT; THEDRICK ANDRES; LIEUTENANT THOMAS CHIELLO; SERGEANT JAIME SMITH fka SERGEANT JAIME CLEAR; SERGEANT SETH VAN BEVEREN; OFFICER BRETT ANDERSON; OFFICER JESSE HEHN; OFFICER JESSE LUJAN; OFFICER JAMES PENDLETON; OFFICER LUIS AMEZCUA; OFFICER PHILIP DUFFY; OFFICER SETH PRICE,by and through their undersigned counsel, and hereby stipulate and

agree as follows:

1. The Defendants hereto filed a Motion for Dismissal Pursuant to FRCP 12(b)(6) on December 13, 2022 [ECF #25]. A response to said Motion is presently due on or about December 27, 2022.

2. The Christmas and New Years Day holidays are rapidly approaching. Plaintiff's counsel has family visiting for the holidays and various associated social obligations. Plaintiffs themselves have similar obligations. In addition, Plaintiff's counsel has other work obligations, including an appellate brief, that will greatly reduce the time available to respond to the subject motion.

3. Based upon the foregoing, the parties respectfully request that the deadline to file a response to the pending Motion to Dismiss be extended for approximately 60 days until February 26, 2023.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this    21st    day of December, 2022.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | MARQUIS & AURBACH |
|---|---|
| /s/ Timothy E. Rhoda<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Blvd., #67<br>Las Vegas, Nevada 89102<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Plaintiffs*** | /s/ Craig R. Anderson<br>CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>702-382-0711<br>canderson@maclaw.com<br>***Attorney for Defendants*** |

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: December 26, 2022

Page 2 of 3