1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   2810 W. Charleston Blvd., #67
4  Las Vegas, Nevada 89102
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

IEHAB HAWATMEH, individually;           )
YASMEEN HAWATMEH, individually;          )
LAYTH HAWATMEH, individually; and        )
IEHAB HAWATMEH, as Administrator of the  )   Case No.   2:22-cv-01786-APG-DJA
ESTATE OF JOSEPH HAWATMEH,               )
deceased,                                )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )
                                         )
CITY OF HENDERSON, et al. ,              )
                                         )
                    Defendants.          )
                                         )

**STIPULATION TO EXTEND TIME TO RESPOND TO
MOTION TO DISMISS (2ND Request)
AND MOTION TO EXTEND DISCOVERY (1st Request)**

COMES NOW, Plaintiffs, IEHAB HAWATMEH; YASMEEN HAWATMEH; LAYTH HAWATMEH; and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, and Defendants, CITY OF HENDERSON; CITY OF HENDERSON POLICE DEPARTMENT; THEDRICK ANDRES; LIEUTENANT THOMAS CHIELLO; SERGEANT JAIME SMITH fka SERGEANT JAIME CLEAR; SERGEANT SETH VAN BEVEREN; OFFICER BRETT ANDERSON; OFFICER JESSE HEHN; OFFICER JESSE LUJAN;

OFFICER JAMES PENDLETON; OFFICER LUIS AMEZCUA; OFFICER PHILIP DUFFY; OFFICER SETH PRICE, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. The Defendants hereto filed a Motion for Dismissal Pursuant to FRCP 12(b)(6) on December 13, 2022 [ECF #25]. A response to said Motion is presently due on or about February 26, 2023.

2. The Defendants hereto filed a Motion to Stay Discovery on February 14, 2023 [ECF #30]. A response to said Motion is presently due on or about February 28, 2023.

3. Although substantial discovery has not yet taken place in this matter, Plaintiffs have obtained thousands of pages of documents and a large number of audio and video files which are relevant to the claims and defenses herein. Plaintiffs' counsel requires additional time to review this evidence prior to responding to Defendants' Motion to Dismiss. In addition, Plaintiff's counsel has had and continues to have other work and family obligations that have reduced the time available to respond to both of the subject motions.

4. Plaintiff's counsel has requested and shall be granted an additional extension of time in which to respond to Defendants' Motion to Dismiss until March 20, 2023.

//
//
//
//
//
//
//
//
//
//

5. Plaintiff's counsel has requested and shall be granted an extension of time in which to respond to Defendants' Motion to Stay Discovery until March 15, 2023.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___21st___ day of February, 2023.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | MARQUIS & AURBACH |
| /s/ *Timothy E. Rhoda*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Blvd., #67<br>Las Vegas, Nevada 89102<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Plaintiffs*** | /s/ *Craig R. Anderson*<br>CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>702-382-0711<br>canderson@maclaw.com<br>***Attorney for Defendants*** |

**IT IS SO ORDERED.**

By: _____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: __February 23, 2023__

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___21st___ day of February, 2023, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (2ND Request) AND MOTION TO EXTEND DISCOVERY (1st Request)** to the following parties:

Craig R. Anderson
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
702-382-5816 (fax)
canderson@maclaw.com
*Attorney for Defendants*

/s/ *Timothy E. Rhoda*
An employee or agent of ROGER P. CROTEAU & ASSOCIATES, LTD.