**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IEHAB HAWATMEH, individually; YASMEEN HAWATMEH, individually; LAYTH HAWATMEH, individually and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, deceased,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada; CITY OF HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as a policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; LIEUTENANT THOMAS CHIELLO, individually and in his official capacity; SERGEANT JAIME SMITH fka SERGEANT JAIME CLEAR, individually and in her official capacity; SERGEANT SETH VAN BEVEREN, individually and in his official capacity; OFFICER BRETT ANDERSON, individually and in his official capacity; OFFICER JESSE HEHN, individually and in his official capacity; OFFICER JESSE LUJAN, individually and in his official capacity; OFFICER JAMES PENDLETON, individually and in his official capacity; OFFICER LUIS AMEZCUA, individually and in his official capacity; OFFICER PHILIP DUFFY, individually and in his official capacity; OFFICER SETH PRICE, individually and in his official capacity; DOE CITY OF HENDERSON POLICE DEPARTMENT SUPERVISORS I through X, inclusive; and ROE CITY OF | Case Number:<br>2:22-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR DISMISSAL (ECF NO. 39)** |

MAC:01434-015 5042550_1 3/31/2023 3:36 PM

| | |
|---|---|
| 1 | HENDERSON POLICE DEPARTMENT OFFICERS XI THROUGH XX, inclusive, |
| 2 | |
| 3 | Defendants. |

Defendants, by and through their attorneys of record, Marquis Aurbach and Plaintiffs, by and through their attorneys of record, Roger P. Croteau & Associates, Ltd., hereby STIPULATE and agree as follows:

1. On December 13, 2022 Defendants filed their Motion for Dismissal Pursuant to Rule 12(b)(6). (ECF No. 25)

2. Plaintiffs opposed the Motion on March 27, 2023. (ECF No. 39)

3. Defendants' current deadline to file their reply is April 3, 2023.

4. The parties have stipulated to a one-week extension for Defendants to file to their reply to Plaintiffs' Opposition.

5. The parties agree Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Dismissal Pursuant to FRCP 12(b)(6) be extended to **April 10, 2023.**

6. Good cause exists for this extension and is not for the purpose of delay.

IT IS SO STIPULATED this 31st day of March, 2023

| MARQUIS AURBACH | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| By: _s/Craig R. Anderson_<br>  Craig R. Anderson, Esq.<br>  Nevada Bar No. 6882<br>  10001 Park Run Drive<br>  Las Vegas, Nevada 89145<br>  Attorney for Defendants | By: _s/Timothy E. Rhoda_<br>  Timothy E. Rhoda, Esq.<br>  Nevada Bar No. 7878<br>  2810 W. Charleston Blvd., #67<br>  Las Vegas, Nevada 89102<br>  Attorney for Plaintiffs |

**IT IS SO ORDERED.**

_____
**United States District Court Judge**
**Dated:** April 3, 2023