1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   2810 W. Charleston Blvd., #67
4  Las Vegas, Nevada 89102
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  **_Attorney for Plaintiffs_**

7

8

9
                        UNITED STATES DISTRICT COURT
10
                           DISTRICT OF NEVADA
11
                                   ***
12
   IEHAB HAWATMEH, individually;          )
13 YASMEEN HAWATMEH, individually;        )
   LAYTH HAWATMEH, individually; and      )
14 IEHAB HAWATMEH, as Administrator of the ) Case No.   2:22-cv-01786-APG-DJA
   ESTATE OF JOSEPH HAWATMEH,             )
15 deceased,                              )
                                          )
16                            Plaintiff,  )
                                          )
17 vs.                                    )
                                          )
18 CITY OF HENDERSON, et al. ,            )
                                          )
19                           Defendants.  )
   _____)
20
                     **STIPULATION TO EXTEND**
21              **TIME TO FILE AMENDED COMPLAINT**
                          **(First Request)**
22
          COMES NOW, Plaintiffs, IEHAB HAWATMEH; YASMEEN HAWATMEH; LAYTH
23
   HAWATMEH; and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH
24
   HAWATMEH, and Defendants, CITY OF HENDERSON; CITY OF HENDERSON POLICE
25
   DEPARTMENT; THEDRICK ANDRES; LIEUTENANT THOMAS CHIELLO; SERGEANT
26
   JAIME SMITH fka SERGEANT JAIME CLEAR; SERGEANT SETH VAN BEVEREN;
27
   OFFICER BRETT ANDERSON; OFFICER JESSE HEHN; OFFICER JESSE LUJAN;
28

                               Page 1 of  4

OFFICER JAMES PENDLETON; OFFICER LUIS AMEZCUA; OFFICER PHILIP DUFFY; OFFICER SETH PRICE,by and through their undersigned counsel, and hereby stipulate and agree as follows:

1.  On September 6, 2023, this Court entered an Order (1) Granting in Part Defendants' Motion to Dismiss and (2) Granting in Part Plaintiffs' Motion to Amend. [ECF #54].

2.  Pursuant to said Order, the Court granted the Plaintiffs a period of time until October 2, 2023, in which to file an amended complaint.

3.  Plaintiff intends to file an amended complaint pursuant to the Court's Order. However, Plaintiff's counsel is extremely busy for the remainder of September, with various previously scheduled court hearings, depositions and other matters occupying most of the month.

4.  The evidence in this case is extremely voluminous and complying with the Court's Order will require significant time and effort.

5.  Based upon the foregoing, Plaintiff has requested and Defendants have agreed that the Plaintiffs' time in which to file an amended complaint shall be extended from October 2, 2023, until November 16, 2023.

//
//
//
//
//
//
//
//
//
//
//
//

6.      This Stipulation is made in good faith and not for purpose of delay.

Dated this ____10th____ day of September, 2023.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.                                MARQUIS & AURBACH


/s/ *Timothy E. Rhoda*                            /s/ *Craig R. Anderson*
ROGER P. CROTEAU, ESQ.                     CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 4958                              Nevada Bar No. 6882
TIMOTHY E. RHODA, ESQ.                     10001 Park Run Drive
Nevada Bar No. 7878                              Las Vegas, NV 89145
2810 W. Charleston Blvd., #67                 702-382-0711
Las Vegas, Nevada 89102                        canderson@maclaw.com
(702) 254-7775                                      **Attorney for Defendants**
croteaulaw@croteaulaw.com
**Attorney for Plaintiffs**

**IT IS SO ORDERED.**

By: _____
    ANDREW P. GORDON, U.S. DISTRICT JUDGE

Dated: ____September 12, 2023_____