ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

IEHAB HAWATMEH, individually;
YASMEEN HAWATMEH, individually;
LAYTH HAWATMEH, individually; and
IEHAB HAWATMEH, as Administrator of the
ESTATE OF JOSEPH HAWATMEH,
deceased,

              Plaintiff,

vs.

CITY OF HENDERSON, et al.,

              Defendants.

Case No.   2:22-cv-01786-APG-DJA

**STIPULATION TO EXTEND**
**TIME TO FILE AMENDED COMPLAINT**
(Second Request)

COMES NOW, Plaintiffs, IEHAB HAWATMEH; YASMEEN HAWATMEH; LAYTH HAWATMEH; and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, and Defendants, CITY OF HENDERSON; CITY OF HENDERSON POLICE DEPARTMENT; THEDRICK ANDRES; LIEUTENANT THOMAS CHIELLO; SERGEANT JAIME SMITH fka SERGEANT JAIME CLEAR; SERGEANT SETH VAN BEVEREN; OFFICER BRETT ANDERSON; OFFICER JESSE HEHN; OFFICER JESSE LUJAN;

OFFICER JAMES PENDLETON; OFFICER LUIS AMEZCUA; OFFICER PHILIP DUFFY; OFFICER SETH PRICE, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On September 6, 2023, this Court entered an Order (1) Granting in Part Defendants' Motion to Dismiss and (2) Granting in Part Plaintiffs' Motion to Amend. [ECF #54].

2. Pursuant to said Order, the Court granted the Plaintiffs a period of time until October 2, 2023, in which to file an amended complaint.

3. On September 12, 2023, this Court granted the parties' stipulation to extend the date by which to file an amended complaint until November 16, 2023. [ECF #56].

4. Plaintiff intends to file an amended complaint pursuant to the Court's Order. However, Plaintiff's counsel has remained extremely busy with various previously scheduled court hearings, depositions and other matters occupying most of October. Plaintiff's counsel is also preparing for trials that are scheduled to commence in November and December. Additionally, Timothy Rhoda of Plaintiff's counsel's office is required to travel for family obligations for at least approximately two weeks.

5. Aside from the foregoing, the Thanksgiving and Christmas holidays are rapidly approaching, together with the attendant obligations.

6. The evidence in this case is extremely voluminous and complying with the Court's Order will require significant time and effort.

7. Based upon the foregoing, Plaintiffs have requested and Defendants have agreed that the Plaintiffs' time in which to file an amended complaint shall be extended from November 16, 2023, until January 15, 2024.

//
//
//
//

8. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___31st___ day of October, 2023.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | MARQUIS & AURBACH |
| /s/ *Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Blvd., #67 <br> Las Vegas, Nevada 89102 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Plaintiffs*** | /s/ *Craig R. Anderson* <br> CRAIG R. ANDERSON, ESQ. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, NV 89145 <br> 702-382-0711 <br> canderson@maclaw.com <br> ***Attorney for Defendants*** |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 11/3/2023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___31st___ day of October, 2023, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT (Second Request)** to the following parties:

Craig R. Anderson
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
702-382-5816 (fax)
canderson@maclaw.com
***Attorney for Defendants***

/s/ *Timothy E. Rhoda*
An employee or agent of ROGER P. CROTEAU & ASSOCIATES, LTD.