ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IEHAB HAWATMEH, individually; YASMEEN HAWATMEH, individually; LAYTH HAWATMEH, individually; and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, et al.,<br><br>Defendants. | Case No.  2:22-cv-01786-APG-DJA |

**STIPULATION TO EXTEND TIME TO RESPOND
TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**
(First Request)

COMES NOW, Plaintiffs, IEHAB HAWATMEH; YASMEEN HAWATMEH; LAYTH HAWATMEH; and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, and Defendants, CITY OF HENDERSON; CITY OF HENDERSON POLICE DEPARTMENT; THEDRICK ANDRES; LIEUTENANT THOMAS CHIELLO; SERGEANT JAIME SMITH fka SERGEANT JAIME CLEAR; SERGEANT SETH VAN BEVEREN; OFFICER BRETT ANDERSON; OFFICER JESSE HEHN; OFFICER JESSE LUJAN; OFFICER JAMES PENDLETON; OFFICER LUIS AMEZCUA; OFFICER PHILIP DUFFY; OFFICER SETH PRICE, by and through their undersigned counsel, and hereby stipulate and

agree as follows:

1. The Plaintiffs herein filed a First Amended Complaint on January 15, 2024. [ECF #59].

2. The Defendants hereto filed a Motion to Dismiss on January 29, 2024. [ECF #60]. A response to said Motion is presently due on or about February 12, 2024.

3. As a result of various other work obligations and deadlines, Plaintiffs have requested an extension of time in which to respond to the subject Motion

4. Defendants' counsel is preparing for a trial and then for a vacation.

5. Based upon the foregoing, the parties respectfully request that the deadline to file a response to the pending Motion to Dismiss be extended until March 18, 2024.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this   12th   day of February, 2024.

ROGER P. CROTEAU & 
 ASSOCIATES, LTD.

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Plaintiffs*

MARQUIS & AURBACH

/s/ Craig R. Anderson
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
canderson@maclaw.com
*Attorney for Defendants*

**IT IS SO ORDERED.**

By: _____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: February 13, 2024