ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
***Attorney for Plaintiffs***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

IEHAB HAWATMEH, individually;
YASMEEN HAWATMEH, individually;
LAYTH HAWATMEH, individually; and
IEHAB HAWATMEH, as Administrator of the
ESTATE OF JOSEPH HAWATMEH,
deceased,

                              Plaintiff,

vs.

CITY OF HENDERSON, et al. ,

                              Defendants.

Case No.   2:22-cv-01786-APG-DJA

## STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT
### (Second Request)

COMES NOW, Plaintiffs, IEHAB HAWATMEH; YASMEEN HAWATMEH; LAYTH

HAWATMEH; and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH

HAWATMEH, and Defendants, CITY OF HENDERSON; CITY OF HENDERSON POLICE

DEPARTMENT; THEDRICK ANDRES; LIEUTENANT THOMAS CHIELLO; SERGEANT

JAIME SMITH fka SERGEANT JAIME CLEAR; SERGEANT SETH VAN BEVEREN;

OFFICER BRETT ANDERSON; OFFICER JESSE HEHN; OFFICER JESSE LUJAN;

OFFICER JAMES PENDLETON; OFFICER LUIS AMEZCUA; OFFICER PHILIP DUFFY;

OFFICER SETH PRICE, by and through their undersigned counsel, and hereby stipulate and

agree as follows:

1.      The Plaintiffs herein filed a First Amended Complaint on January 15, 2024. [ECF #59].

2.      The Defendants hereto filed a Motion to Dismiss First Amended Complaint on January 29, 2024. [ECF #60].

3.      On February 12, 2024, the parties submitted a stipulation to extend the deadline to oppose the subject Motion to Dismiss until March 18, 2024. [ECF #61].  Said stipulation was granted by the Court on February 13, 2024. [ECF #62].

4.      Plaintiffs desire to review the Opposition before it is filed by Plaintiffs' counsel but have not been available to do so.  The Plaintiffs may propose revisions to the Opposition.

5.      Based upon the foregoing, the parties respectfully request that the deadline to file a response to the pending Motion to Dismiss be extended until March 20, 2024.

6.      This Stipulation is made in good faith and not for purpose of delay.

Dated this ____18th____ day of March, 2024.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.                                    MARQUIS & AURBACH

/s/ Timothy E. Rhoda                                  /s/ Craig R. Anderson
TIMOTHY E. RHODA, ESQ.                    CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 7878                                   Nevada Bar No. 6882
2810 W. Charleston Blvd., #67                    10001 Park Run Drive
Las Vegas, Nevada 89102                           Las Vegas, NV 89145
(702) 254-7775                                            702-382-0711
croteaulaw@croteaulaw.com                    canderson@maclaw.com
*Attorney for Plaintiffs*                              *Attorney for Defendants*

**IT IS SO ORDERED.**

By: _____
        Judge, U.S. District Court

Dated: March 19, 2024_____

Page 2 of  3