**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IEHAB HAWATMEH, individually; YASMEEN HAWATMEH, individually; LAYTH HAWATMEH, individually and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON, et. al.,<br><br>Defendants. | Case Number:<br>2:22-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF NO. 64)**<br><br>**(FIRST REQUEST)** |

Defendants, by and through their attorney of record, Marquis Aurbach, and Plaintiffs, by and through their attorney of record, Rogert P. Croteau & Associates, Ltd., hereby stipulate and agree as follows:

1. The Plaintiffs filed their First Amended Complaint on January 15, 2024. (ECF No. 59).

2. The Defendants filed a Motion to Dismiss First Amended Complaint on January 29, 2024. (ECF No. 60)

3. On February 12, 2024, the parties submitted a stipulation to extend the deadline to oppose the Motion to Dismiss until March 18, 2024. (ECF No. 61). Said stipulation was granted by the Court on February 13, 2024. (ECF No. 62)

4. On March 18, 2024, the parties submitted a stipulation to extend the deadline to oppose the Motion to Dismiss until March 20, 2024. (ECF No. 63). Said stipulation was granted by the Court on March 19, 2024. (ECF No. 65)

MAC:01434-015 5422112_1

5. Plaintiffs filed their Opposition to the Motion to Dismiss on March 19, 2024. (ECF No. 64)

6. Defendants' Reply is currently due March 26, 2024.

7. Defense Counsel and Plaintiff's Counsel conducted depositions in an unrelated case the week of March 15-22, 2024 and Defense Counsel did not have time to prepare an adequate reply.

8. In addition, Defense Counsel has to prepare and travel to Pasadena, California for a Ninth Circuit oral argument in *Napouk v. Las Vegas Metropolitan Police Dep't,* 23-15726 on April 2, 2024.

9. Defendants respectfully request that the deadline to file their Reply to Plaintiffs' Opposition to Motion to Dismiss be extended until **April 16, 2024**

10. This Stipulation is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED this 25th day of March, 2024.

| MARQUIS AURBACH | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| By: *s/Craig R. Anderson*<br>    Craig R. Anderson, Esq.<br>    Nevada Bar No. 6882<br>    10001 Park Run Drive<br>    Las Vegas, Nevada 89145<br>    Attorneys for Defendants | By:   *s/Timothy E. Rhoda*<br>    Roger P. Croteau, Esq.<br>    Nevada Bar No. 4958<br>    Timothy E. Rhoda, Esq.<br>    Nevada Bar No. 7878<br>    Las Vegas, Nevada 89102<br>    Attorney for Plaintiffs |

**IT IS SO ORDERED.**

_____
United States District Court Judge

Dated: March 27, 2024