```
 1  ROGER P. CROTEAU, ESQ.
    Nevada Bar No. 4958
 2  TIMOTHY E. RHODA, ESQ.
    Nevada Bar No. 7878
 3  ROGER P. CROTEAU & ASSOCIATES, LTD.
    2810 W. Charleston Blvd., #67
 4  Las Vegas, Nevada 89102
    (702) 254-7775
 5  (702) 228-7719 (facsimile)
    croteaulaw@croteaulaw.com
 6  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IEHAB HAWATMEH, individually; YASMEEN HAWATMEH, individually; LAYTH HAWATMEH, individually; and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, deceased,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada; CITY OF HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as a policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; LIEUTENANT THOMAS CHIELLO individually and in his official capacity; LIEUTENANT JAIME SMITH fka SERGEANT JAIME CLEAR, individually and in her official capacity; SERGEANT SETH VAN BEVEREN, individually and in his official capacity; OFFICER BRETT ANDERSON individually and in his official capacity; OFFICER JESSE HEHN individually and in his official capacity; OFFICER JESSE LUJAN individually and in his official capacity; OFFICER JAMES PENDLETON individually and in his official capacity; OFFICER LUIS | Case No.   2:22-cv-01786-APG-DJA<br><br>**<u>NOTICE OF APPEAL</u>** |

| | |
|---|---|
| 1 | AMEZCUA individually and in his official ) |
| 2 | capacity; OFFICER PHILIP DUFFY ) individually and in his official capacity; ) |
| 3 | OFFICER SETH PRICE individually and in his ) official capacity; DOE CITY OF HENDERSON ) |
| 4 | POLICE DEPARTMENT SUPERVISORS I ) through X, inclusive; ROE CITY OF ) |
| 5 | HENDERSON POLICE DEPARTMENT ) OFFICERS XI through XX, inclusive, ) |
| 6 | ) Defendants. ) |
| 7 | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, IEHAB HAWATMEH, individually; YASMEEN HAWATMEH, individually; LAYTH HAWATMEH, individually; and IEHAB HAWATMEH, as Administrator of the ESTATE OF JOSEPH HAWATMEH, deceased, hereby appeal to the United States Court of Appeals for the Ninth Circuit from:

1. That Order entered on September 18, 2024, granting in part Defendants' Motion to Dismiss and dismissing Plaintiffs' state law claims without prejudice to filing them in State Court [ECF #72];

2. The corresponding Judgment in a Civil Case entered on September 19, 2024 [ECF #73];

3. All rulings and interlocutory orders giving rise to or made appealable by any of the foregoing.

DATED this ___4th___ day of October, 2024.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Roger P. Croteau*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this ___4th___ day of October, 2024, I served via the United States District Court CM/ECF electronic filing system, the foregoing **NOTICE OF APPEAL** to the following parties:

Craig R. Anderson
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
702-382-5816 (fax)
canderson@maclaw.com
***Attorney for Defendants***

                          /s/ *Timothy E. Rhoda*
                          An employee or agent of ROGER P. CROTEAU & ASSOCIATES, LTD.